**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7341**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHARLES EDWARD PHILSON, a/k/a Charles Oliver,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:19-cr-00035-FL-1)

Submitted:  May 18, 2023                                  Decided:  May 23, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Edward Philson, Appellant Pro Se.  John Parks Newby, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Edward Philson appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. Upon review, we discern no abuse of discretion in the district court's denial of Philson's motion. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Philson*, No. 4:19-cr-00035-FL-1 (E.D.N.C. Nov. 4, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*